38 So.2d 194.

**MORGAN PLAN CO., Inc. v. E. R. CHRISMAN.**

**I Div. 311.**

Supreme Court of Alabama.

Nov. 12, 1948.

McCorvey, Turner, Rogers, Johnstone & Adams, of Mobile, for appellant.

M. F. Dozier and Jesse F. Hogan, both of Mobile, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 194

**Stephen OVERSTREET v. Robert M. WESTON et al.**

**I Div. 336.**

Supreme Court of Alabama

Nov. 9, 1948.

Caffey, Gallalee & Caffey, of Mobile, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.

39 So.2d 52

**L. D. OWEN, as Mayor, et al. v. L. E. COOTS.**

**I Div. 334.**

Supreme Court of Alabama.

Jan. 11, 1949.

Per Curiam.

Appeal dismissed, motion of appellant.

39 So.2d 52

**L. M. PEACE v. O. H. BULLOCK.**

**7 Div. 946.**

Supreme Court of Alabama.

Jan. 13, 1949.

Hugh Walker, of Anniston, for appellant.

C. H. Young, of Anniston, for appelee.

Per Curiam.

Appeal dismissed, want of prosecution.

38 So.2d 194

**Grady PRICE, Acting Mayor City of Leeds, et al. v. George W. LATTA.**

**6 Div. 736.**

Supreme Court of Alabama.

Oct. 22, 1948.

Bryant Whitmire, of Birmingham, for appellants.

Boutwell, Pointer & Hawkins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellants.

38 So.2d 194

**Mrs. Joe RABINO v. Vina EDMONDSON.**

**6 Div. 744.**

Supreme Court of Alabama.

Nov. 23, 1948.

Rosenthal & Rosenthal and David S. Satterwhite, all of Birmingham, for appellant.

Edw. L. Rose and Clifford Emond, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.